UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO.: 1:20-cv-02536

STOCKFOOD AMERICA, INC.,

  Plaintiff,

v.

SWEET C'S DESIGNS, LLC and
COURTNEY CHRISTINE O'DELL,

  Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff STOCKFOOD AMERICA, INC. by and through its undersigned counsel, brings this Complaint against Defendants SWEET C'S DESIGNS, LLC and COURTNEY CHRISTINE O'DELL for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.  Plaintiff STOCKFOOD AMERICA, INC. ("Stockfood") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Stockfood's original copyrighted Work of authorship in its Work.

2.  Stockfood is the world's leading food image agency. Stockfood has a unique collection of food images, videos, features and recipes on the worldwide subject of food and drink. Stockfood was founded in Munich, Germany by photographer Pete A. Eising. In 1996, Stockfood founded a sales office in Kennebunk, Maine, and in 2007, in London, England. Stockfood specialized in the art of food from the very beginning. In addition to a renowned food photography studio, Studio Eising, the company initially offered exclusively rights-managed

images. In 2002 the offering was expanded to include royalty-free images, and in 2008 videos were added, together with an in-house production studio.

3. In 2011, features – complete articles including images and text – became available too. Today, an in-house editorial team can supply appropriate text of all images, videos, feature articles and recipes. Stockfood content and productions can be found in high-quality print publications, mobile apps, advertisements, books and calendars worldwide.

4. Defendant SWEET C'S DESIGNS, LLC ("Sweet C") is an internet website featuring recipes, travel information, and DIY instructions. At all times relevant herein, Sweet C operated the internet website located at the URL www.sweetcsdesigns.com (the "Website").

5. Defendant Courtney Christine O'Dell ("O'Dell") is the owner and the registered agent for Sweet C.

6. Defendants Sweet C and O'Dell are collectively referred to herein as "Defendants."

7. Stockfood alleges that Defendants copied Stockfood's copyrighted Work from the internet in order to advertise, market and promote its business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

8. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in Colorado.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in

infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

12.     Sweet C's Designs, LLC is a Colorado limited liability, with its principal place of business at 3736 West County Road 4, Berthoud, CO 80513, and can be served by serving its Registered Agent, Ms. Courtney Christine O'Dell, 3736 West County Road 4, Berthoud, CO 80513.

13.     Courtney Christine O'Dell is an individual residing in Larimer county, state of Colorado and can be served at 3736 West County Road 4, Berthoud, CO 80513.

## THE COPYRIGHTED WORK AT ISSUE

14.     In 2011, Stockfood created the photograph entitled 11039250, which is shown below and referred to herein as the "Work".



15. Stockfood registered the Work with the Register of Copyrights on June 10, 2013 and was assigned the registration number VA 1-434-119. The Certificate of Registration is attached hereto as Exhibit 1.

16. Stockfood's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

17. At all relevant times Stockfood was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY DEFENDANTS

18. Defendants have never been licensed to use the Work at issue in this action for any purpose.

19. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20. On or about August 23, 2017, Stockfood discovered the unauthorized use of its Work on the Website as a feature in its post "19 Cheesy Dishes To Make Now" that was posted on September 18, 2014.

21. Defendants copied Stockfood's copyrighted Work without Stockfood's permission.

22. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their human interest entertainment and cooking website.

23. Defendants copied and distributed Stockfood's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

24. Stockfood's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

25. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

26. Stockfood never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

27. Stockfood notified Defendants of the allegations set forth herein on July 13, 2020 and July 28, 2020. To date, Defendants have failed to respond to Plaintiff's Notices. Copies of the Notices to Defendants are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

28. Plaintiff incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

29. Stockfood owns a valid copyright in the Work at issue in this case.

30. Stockfood registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Stockfood's authorization in violation of 17 U.S.C. § 501.

32. Defendants performed the acts alleged in the course and scope of its business activities.

33. Defendants' acts were willful.

34. Stockfood has been damaged.

35. The harm caused to Stockfood has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants Sweet C's Designs, LLC and Courtney Christine O'Dell that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: August 23, 2020            Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Stockfood America, Inc.*